# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ralph Dwayne Owen

Plaintiff

v.

U.S. Attorney General and
Warden Constance Reese

Defendants

Case No. Civil 01-474 MJD/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Petitioner's motion for appointment of counsel is denied. Petitioner's application for habeas corpus is dismissed. Petitioner's renewed motions for appointment of counsel, motion for order preventing prison staff from opening legal mail without the presence of inmate and motion for production of documents are denied as moot.

DATE: June 15, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk