UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ralph Dwayne Owen,

Petitioner,

v.

ORDER
Civil No. 01-474(MJD/AJB)

U.S. Attorney General and
Warden Constance Reese,

Respondents.

---

This matter is before the Court upon Petitioner's motion for leave to proceed in forma pauperis in his appeal of this Court's order dated June 14, 2001. Pursuant to 28 U.S.C. § 1915, this Court may authorize a party to proceed without prepayment of fees, costs or security, upon the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress. In addition, the prisoner seeking to proceed in forma pauperis must also file a certified copy of the trust fund account statement for the prisoner for the 6-month period immediately preceding the filing, obtained from the appropriate official at the prison where the prisoner is confined.

Based on a review of the record, the Plaintiff's motion and supporting affidavit and certified copy of his prison trust account, the Court concludes that Plaintiff should be allowed to proceed with his appeal in forma pauperis.

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed in forma pauperis is granted. Plaintiff shall make an initial partial filing fee of $10.00, and monthly fees of $10.00 until the entire $105 appellate filing fee is paid. Such payments shall be paid to the Clerk of Court, United States District Court, District of Minnesota.

Date: Sept. 28, 2001

Michael J. Davis

Michael J. Davis
United States District Court